UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ALVARO ZUNIGA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-11-96 |
| § | |
| SIX UNKNOWN NAMES AGENTS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM
## AND RECOMMENDATION TO DISMISS

On June 10, 2011, United States Magistrate Judge B. Janice Ellington signed a Memorandum and Recommendation recommending that plaintiff's complaint be dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 41(b). A copy of the Memorandum and Recommendation was mailed to plaintiff with a card to be returned indicating his receipt of the mailing. The card has not been returned by plaintiff nor has the mailing been returned by the U.S. Post Office as undeliverable. Therefore, seeing no objection to this recommendation by any party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's complaint is dismissed without prejudice for want of prosecution.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 11th day of August, 2011.

_____
Janis Graham Jack
Senior United States District Judge